NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAMMY JAMES DOUSE,
DOC #990797,

        Appellant,

v.                                                                     Case No. 2D16-5425

MIKE CARROLL, Secretary,
DEPARTMENT OF CHILDREN
AND FAMILIES,

        Appellee.
_____

Opinion filed February 14, 2018.

Appeal from the Circuit Court for Lee
County; Alane C. Laboda, Judge.

Sammy James Douse, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.